1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

| | | |
|---|---|---|
| GLUTEN INTOLERANCE GROUP OF NORTH AMERICA, a Washington nonprofit organization, | ) ) ) | NO. |
| Plaintiff, | ) ) ) | **COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF** |
| vs. | ) ) ) | (1)  Federal Certification Mark Infringement under the Lanham Act, 15 U.S.C. § 1125(d) |
| JAMIE OLIVER FOOD FOUNDATION, INC., a Delaware corporation; JAMIE OLIVER ENTERPRISES LTD., a foreign entity doing business in the United States; JAMIE T. OLIVER, an individual, | ) ) ) ) ) ) | (2)  Counterfeiting of Registered Mark Under the Lanham Act, 15 U.S.C. § 1114 |
| | ) ) | (3)  Unfair Competition and False Designation of Origin under the Lanham Act, 15 U.S.C. § 1125(a) |
| Defendants. | ) ) | (4)  Common Law Trademark Infringement |
| | ) ) | (5)  Common Law Unfair Competition |
| | ) ) ) | (6)  Unfair Business Practices under RCW 19.86, *et seq.* |
| | ) ) ) ) | |

Plaintiff, GLUTEN INTOLERANCE GROUP OF NORTH AMERICA ("GIG" or

"Plaintiff"), by and through its undersigned counsel of record, hereby alleges and complains against

Defendants JAMIE OLIVER FOOD FOUNDATION, INC., JAMIE OLIVER ENTERPRISES, LTD,

COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF
Page 1
41O2049-GIG COMPLAINT 2 - Proper USDC Wetern Dist. format

**Jeffers, Danielson, Sonn & Aylward, P.S.**
Attorneys at Law
2600 Chester Kimm Road / P.O. Box 1688
Wenatchee, WA  98807-1688
(509) 662-3685 / (509) 662-2452 FAX

and JAMIE OLIVER, an individual (collectively "Oliver" or "Defendants"), as follows:

## NATURE OF ACTION

This is an action for federal certification mark infringement, counterfeiting, and unfair competition under federal statutes, with pendent claims for trademark infringement, and unfair competition under RCW 19.86 et seq., and common law. Plaintiff seeks damages, attorneys' fees, costs, and preliminary and permanent injunctive relief.

## JURISDICTION

1. This Court has subject matter jurisdiction over this case pursuant to 28 U.S.C. §§1331 and 1338(a), and 15 U.S.C. § 1121. This Court has supplemental jurisdiction over Plaintiff's state law claims pursuant to 28 U.S.C. § 1367(a).

2. This Court has personal jurisdiction over the Defendants based upon the following: (a) Defendants operate a website on the Internet that is accessible to residents of the State of Washington; (b) Defendants have engaged in business activities in the state, specifically in Seattle and other locations; and (c) Defendants committed tortious acts that they knew or should have known would cause injury to Plaintiff in the State of Washington, including the unauthorized use of an identical or similar certification mark to Plaintiff's federally registered marks used to denote gluten-free food products.

3. Venue is proper in the United States District Court for the Western District of Washington under 28 U.S.C. § 1391(b) in that the asserted claims arose within the district and that the Defendants, or their agents, conduct business within this district.

COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF
Page 2
41O2049-GIG COMPLAINT 2 - Proper USDC Wetern Dist. format

**Jeffers, Danielson, Sonn & Aylward, P.S.**
Attorneys at Law
2600 Chester Kimm Road / P.O. Box 1688
Wenatchee, WA 98807-1688
(509) 662-3685 / (509) 662-2452 FAX

# THE PARTIES

## FACTS RELEVANT TO PLAINTIFF

4.      Plaintiff GIG is a Washington non-profit organization with its principal place of business in Auburn, Washington.

5.      For over four decades, GIG has been a consumer advocate offering support and educational services, and ongoing research for not only to those with gluten-related disorders but to everyone who has made the decision to live gluten-free.  With the continued recognition of gluten-free dietary needs and the recent emphasis on gluten-free products and offerings, GIG's role in the community is more important now than ever in that consumers wanting gluten-free products have a way to ensure those products are, in fact, gluten-free.

6.      GIG is a world leader in food safety certification for gluten-free foods and products and many food manufacturers and retailers, restaurants, and health concerned organizations and individuals apply for gluten-free certification from GIG.   GIG's Board of Directors includes researchers and medical professional to ensure GIG's comprehensive certification program maintains strict certification standards to verify the quality, purity, and integrity of gluten-free products.

7.      GIG owns numerous federal registrations and applications including the following federal marks:

    a.   GLUTEN INTOLERANCE GROUP, Reg. No. 2674249, Date of First use May 1976, for gluten intolerance educational and teaching materials.

    b.   GIG, Reg No. 2600920, Date of First use May 1976, for conducting gluten intolerance classes, seminars and conferences.

Jeffers, Danielson, Sonn & Aylward, P.S.
Attorneys at Law
2600 Chester Kimm Road / P.O. Box 1688
Wenatchee, WA  98807-1688
(509) 662-3685 / (509) 662-2452 FAX

c.    CERTIFIED GLUTEN-FREE WORD AND DESIGN MARK:



Reg. No. 3443344, Date of First use November 2006, for food substances and products for medical use, such as for diabetics.

d.   GLUTEN INTOLERANCE GROUP word and design mark:



Serial No. 87406494, Date of First use January 2011, for food substances and products for medical use, such as for diabetics.

e.   GF word and design mark:



Serial No. 87413837, Date of First use December 2005, for food substances and products for medical use, such as for diabetics.

8.    The United States Patent and Trademark Office required GIG to provide its

COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF
Page 4
41O2049-GIG COMPLAINT 2 - Proper USDC Wetern Dist. format

Jeffers, Danielson, Sonn & Aylward, P.S.
Attorneys at Law
2600 Chester Kimm Road / P.O. Box 1688
Wenatchee, WA  98807-1688
(509) 662-3685 / (509) 662-2452 FAX

certification standards and guidelines before granting GIG the certification marks.

9.     GIG's marks have obtained international protection in numerous countries under the Madrid Protocol, and GIG also has a European Registration for:



Registration No. EU011881687.

10.     GIG's marks collectively referred to hereinafter as the "GF Certification Marks."

11.     GIG's marks stand for the independent verification of quality, integrity, and purity of its products.  Products carrying GIG's marks represent the unmatched reliability for meeting strict gluten-free standards.  *See* www.gfco.org.  Only when a company has been certified gluten-free by GIG is that company permitted to use GIG's certification marks on, and in connection with, their goods, thereby notifying consumers that their product has satisfied the stringent standards for being certified gluten-free by GIG.

**FACTS RELEVANT TO DEFENDANTS**

12.     Upon information and belief, Defendant Jamie Oliver is a well-known chef doing business in the United States through Defendant company Jamie Oliver Food Foundation, Inc. and Jamie Oliver Enterprises, Ltd.

13.     Upon information and belief, Defendants are largely based in the United Kingdom, and Defendants have conducted numerous business ventures and television projects throughout the

COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF
Page 5

**Jeffers, Danielson, Sonn & Aylward, P.S.**
Attorneys at Law
2600 Chester Kimm Road / P.O. Box 1688
Wenatchee, WA  98807-1688
(509) 662-3685 / (509) 662-2452 FAX

United States, which include:

    a.   Jamie's Food Revolution, a television series which aired on ABC;

    b.   Jamie's American Road Trip, a television series filmed across the United States for UK television;

    c.   Dream School, USA, a television series with executive producer, Jamie Oliver;

    d.   Oliver appeared as a challenger on "Iron Chef America," taking on Iron Chef Mario Batali in 2008;

    e.   Oliver was one of the judges in "Oprah's Big Give," hosted by Oprah Winfrey in the United States in 2008; and

    f.   Oliver searched and interviewed for contestants throughout the United States as part of his "search for a food tube star" contest for "the next cooking sensation," selecting a youngster from Woodinville, Washington, as a finalist.

14.    Upon information and belief, Oliver has published over twenty (20) books, including '5 Ingredients – Quick and Easy' which incorporates gluten-free recipes and use of the Applicant's GF Circle logo on each recipe page and which can be purchased on Amazon.com.

15.    Oliver also sells his name brand culinary-related items on United States retail websites, such as on Amazon.com and Wayfair.com.

16.    Upon information and belief, Oliver has a large consumer following in the United States earning him the title "Celebrity Chef."

17.    Defendants own several Federally registered trademarks to support and protect their business projects and intellectual property in the United States.  Such marks include:

COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF
Page 6

**Jeffers, Danielson, Sonn & Aylward, P.S.**
Attorneys at Law
2600 Chester Kimm Road / P.O. Box 1688
Wenatchee, WA  98807-1688
(509) 662-3685 / (509) 662-2452 FAX

a.   JAMIE OLIVER, Reg. No. 2869105;

b.   JAMIE OLIVER, Reg. No. 2866527;

c.   JAMIE OLIVER, Reg. No. 3344407;

d.   JAMIE'S ITALIAN, Reg. No. 3623079; and

e.   FOOD REVOLUTION, Reg. No. 4908973.

18.    Defendants' marks are all for goods and services related to the fields of cooking, foods, restaurant services, and marketing and promotion related to the culinary arts.

19.    Upon information and belief, Oliver does not have a mark registered in the United States that is identical or similar to any of GIG's marks.

20.    Upon information and belief, Oliver does not claim to have any certification marks registered in the United States for programs relating to gluten-free foods, products, recipes, or programs.

21.    Oliver operates a website under <www.jamieoliver.com>.   The website provides comprehensive information about food, healthy eating and significantly, gluten-free recipes.  Along with the numerous gluten-free recipes, the website displays the following mark hereinafter referred to herein as the GF Counterfeit Mark:



*See, e.g.,* https://www.jamieoliver.com/recipes/fruit-recipes/oranges-and-polenta-cake/ (accessed Sept. 22, 2017); https://www.jamieoliver.com/recipes/pork-recipes/pork-mash-gratin/ (accessed Sept.

COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF
Page 7
41O2049-GIG COMPLAINT 2 - Proper USDC Wetern Dist. format

**Jeffers, Danielson, Sonn & Aylward, P.S.**
Attorneys at Law
2600 Chester Kimm Road / P.O. Box 1688
Wenatchee, WA  98807-1688
(509) 662-3685 / (509) 662-2452 FAX

22, 2017); https://www.jamieoliver.com/recipes/beef-recipes/ginger-shakin-beef/ (accessed Sept. 22, 2017).  The mark showing "GF" in a circle, is identical or substantially similar to GIG's marks and upon information and belief is intended to falsely certify that Oliver's recipes are gluten-free.

22.     Upon information and belief, Defendants have not sought any form of gluten-free certification from any entity in the United States, or even in the United Kingdom.

23.     In pre-litigation communications between the parties, Defendants had the opportunity to identify their right to use a GF mark, or to identify any certification program they subscribed to ensuring Oliver's followers are properly advised about the gluten content of food products and recipes claiming to be gluten-free.  Defendants failed to do so.

24.     Through use of a mark identical or substantially similar to Plaintiff's gluten-free certification marks, Defendants attempt to affiliate themselves, their food programs, and recipes, with Plaintiff.

25.     Through use of a mark identical or substantially similar to Plaintiff's gluten-free certification marks, Defendants attempt to mislead the public into believing Defendants' food-related programs and recipes have been certified by Plaintiff as gluten-free, when they have not.

26.     Through use of a mark identical or substantially similar to Plaintiff's gluten-free certification marks, should any of Defendants' customers, patrons, or followers suffer medical and health damage based upon Defendants' false certification that their foods are gluten-free, Plaintiff may well be blamed for such harm because the GF Counterfeit Mark used by the Defendants is identical, or substantially similar to, GIG's GF Certification Marks.

27.     By using a false certification mark containing Plaintiff's mark, Defendants are

COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF
Page 8
41O2049-GIG COMPLAINT 2 - Proper USDC Wetern Dist. format

Jeffers, Danielson, Sonn & Aylward, P.S.
Attorneys at Law
2600 Chester Kimm Road / P.O. Box 1688
Wenatchee, WA  98807-1688
(509) 662-3685 / (509) 662-2452 FAX

attempting to trade on the goodwill of Plaintiff.

28.     By using a false certification mark containing Plaintiff's mark, Defendants are attempting to create an association between the goods and services offered by Defendants and Plaintiff's well-known certification marks.

29.     Upon information and belief, Defendants have no trademark or other intellectual property rights in a GF name or mark.

30.     Upon information and belief, Defendants did not believe or have reasonable grounds to believe that the use of the GF Counterfeit Mark was a fair use or otherwise lawful.

**FIRST CLAIM FOR RELIEF**
(Federal Certification Mark Infringement under the
Lanham Act, 15 U.S.C. § 1114)

31.     Plaintiff incorporates the allegations in the preceding paragraphs as if fully set forth herein.

32.     Defendants' GF Counterfeit Mark is identical to, or substantially indistinguishable from, Plaintiff's GF Certification Marks in appearance, sound, meaning, and commercial impression, such that:   (i) the use thereof is likely to cause confusion, mistake, and deception as to the authorization and/or certification of Defendants' goods and services; (ii) the public is likely to be confused, deceived, and to assume erroneously that Defendants' goods and services have been certified as gluten-free, or that Defendants are in some way connected with, licensed, authorized, certified by, or affiliated with GIG; and (iii) this use will irreparably injure and damage GIG and the goodwill and reputation symbolized by the GF Certification Marks.

33.     Likelihood of confusion is also enhanced by the fact that the GF Counterfeit Mark and

COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF
Page 9

**Jeffers, Danielson, Sonn & Aylward, P.S.**
Attorneys at Law
2600 Chester Kimm Road / P.O. Box 1688
Wenatchee, WA  98807-1688
(509) 662-3685 / (509) 662-2452 FAX

the GF Certification Marks prominently incorporate the key component "GF" within a circle.

34.    Defendants are not an affiliate of or connected with GIG, have not been endorsed or sponsored by GIG, and GIG has not approved any of Defendants' goods or services offered or sold (or intended to be sold by) Defendants under the GF Counterfeit Mark.

35.    Defendants have never sought nor obtained the permission of GIG to use the GF Counterfeit Mark, nor has GIG certified any of Defendants' goods or services offered under Defendants' GF Counterfeit Mark.

36.    GIG's United States Trademark Registrations set out above provide, at the very least, constructive notice to Defendants of the rights of GIG in and to the GF Certification Marks.

37.    Defendants' use of the GF Counterfeit Mark in connection with Defendants' goods and services is likely to cause confusion, mistake, and/or deception to consumers as to the authorization or certification of the goods, in violation of the Lanham Act, including but not limited to 15 U.S.C.§ 1114.

38.    Consumers are likely to purchase Defendants' goods and services being offered under the GF Counterfeit Mark, believing them to have been certified gluten-free by GIG, thereby resulting in a loss of goodwill and economic harm to GIG, particularly if consumers encounter adverse effects from the purchase or use of Defendants' uncertified goods and services.

39.    Upon information and belief, Defendants intentionally adopted and use the GF Counterfeit Mark so as to create consumer confusion and traffic of GIG's reputation and goodwill under the GF Certification Marks.

40.    GIG is informed and believes, and on that basis alleges that, Defendants have derived

**Jeffers, Danielson, Sonn & Aylward, P.S.**
Attorneys at Law
2600 Chester Kimm Road / P.O. Box 1688
Wenatchee, WA  98807-1688
(509) 662-3685 / (509) 662-2452 FAX

unlawful gains and profits from their infringing use of the GF Counterfeit Mark.

41.     The goodwill of GIG's business under the GF Certification Marks is of great value and GIG will suffer irreparable harm should Defendants' infringement be allowed to continue to the detriment of the trade reputation and goodwill of GIG, for which damage GIG cannot be adequately compensated at law.

42.     GIG has no control over the quality of the goods offered by Defendants.  Thus, the great value of the GF Certification Marks is subject to damage by an entity it cannot control.

43.     Unless Defendants are enjoined by this Court from so doing, GIG will continue to suffer irreparable harm and injury to its reputation and goodwill.

44.     Upon information and belief, Defendants have engaged in acts of infringement, with knowledge of GIG's exclusive rights in and to the GF Certification Marks in connection with GIG's certification services.  Defendants' continued acts of intentional infringement, entitle GIG to an award of treble damages, disgorgement of Defendants' profits, and attorneys' fees and costs in bringing and maintaining this action, pursuant to Section 35(b) of the Lanham Act, 15 U.S.C. § 1117(b).

## SECOND CLAIM FOR RELIEF
### (Counterfeit of Registered Mark under the Lanham Act, 15 U.S.C. § 1114)

45.     Plaintiff incorporates the allegations in the preceding paragraphs as if fully set forth herein.

46.     GIG owns valid and incontestable rights in the United States for the GF Certification Marks, as set out above.

COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF
Page 11
4lO2049-GIG COMPLAINT 2 - Proper USDC Wetern Dist. format

47.    Well before any of Defendants' actions complained of herein were committed, GIG had continuously used the GF Certification Marks throughout the United States in connection with its Certification Services.

48.    Defendants use a non-genuine version of the GF Certification Mark that is identical to, or substantially indistinguishable from, the GF Certification Marks.

49.    The GF Certification marks are registered on the Principle Register as certification marks, and Defendants are intentionally using the GF Counterfeit Mark to falsely suggest that Defendants' goods and services have been certified by GIG when they have not.

50.    GIG did not authorize Defendants' use of the GF Counterfeit Mark, and such unauthorized use of the GF Certification Marks is likely to confuse consumers into falsely believing that Defendants' goods and services are authorized or certified as gluten-free by GIG when, in fact, they are not.

51.    Defendants' use of the GF Counterfeit Mark without consent from GIG was and is a willful and intentional infringement of GIG's registered GF Certification Marks.

52.    Defendants have profited from their acts of infringement.  GIG is entitled to recover Defendants' profits arising from the infringement, any damages sustained by GIG, and an enhanced award of profits and/or damages to fully and adequately compensate it for Defendants' infringement. At its election, GIG is also entitled to statutory damages.

53.    Defendants have caused, and unless enjoined by this Court, will continue to cause irreparable injury to GIG that is not fully compensable in monetary damages.  GIG is therefore entitled to a preliminary and permanent injunction enjoining and restraining Defendants from use of

**Jeffers, Danielson, Sonn & Aylward, P.S.**
Attorneys at Law
2600 Chester Kimm Road / P.O. Box 1688
Wenatchee, WA  98807-1688
(509) 662-3685 / (509) 662-2452 FAX

the GF Certification Marks or any other mark that is confusingly similar to the GF Certification Marks.

### THIRD CLAIM FOR RELIEF
(Unfair Competition and False Designation of Origin under the
Lanham Act, 15 U.S.C. § 1125(a))

54.    Plaintiff incorporates the allegations in the preceding paragraphs as if fully set forth herein.

55.    Defendants' use of the GF Counterfeit Mark constitutes unfair competition and a false designation of origin or false or misleading description or representation of fact, which is likely to deceive customers and prospective customers into believing that Defendants' goods and services offered for sale under Defendants' GF Counterfeit Mark have been certified gluten-free by GIG, in violation of Section 43(a) of the Lanham Act, 15 U.S.C. § 1125(a).

56.    Defendants' actions cause, or are likely to cause, confusion or mistake among the public as to the authorization or certification of Defendants' goods and services offered for sale under Defendants' GF Counterfeit Mark, or to confuse the public into believing that Defendants' goods and services have the gluten-free approval of GIG or are otherwise affiliated, connected, associated with, or sponsored by GIG, in violation of Section 43(a) of the Lanham Act 15 U.S.C. § 1125(a).

57.    GIG has no control over the nature and quality of the Defendants' goods and services offered for sale under Defendants' GF Counterfeit Mark.  Any failure, neglect, harm, or default of Defendants in providing the falsely certified goods or services will reflect adversely on GIG.

58.    Upon information and belief Defendants intentionally adopted and use the GF Counterfeit Mark so as to create consumer confusion and traffic off of GIG's reputation and good

COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF
Page 13

**Jeffers, Danielson, Sonn & Aylward, P.S.**
Attorneys at Law
2600 Chester Kimm Road / P.O. Box 1688
Wenatchee, WA  98807-1688
(509) 662-3685 / (509) 662-2452 FAX

1

will under the GF Certification Marks.

2
59.     GIG is informed and believes, and on that basis alleges, that Defendants have derived

3

unlawful gains and profits from their infringement of the GF Certification Marks.

4

5
60.     The goodwill of GIG's business under the GF Certification Marks is of great value

6
and GIG will suffer irreparable harm to its trade reputation and goodwill, should Defendants' acts of

7
unfair competition and false representation and designations be allowed to continue.

8

9
61.     GIG has no control over the quality of the goods and services offered by the

10
Defendants.  Thus, the value of the GF Certification Marks are subject to damage by entities and

11
individuals it cannot control.  Unless enjoined by this Court from so doing, Defendants will continue

12
to engage in acts of unfair competition and false representation and designation, to the irreparable

13

damage and injury of GIG.

14

15
62.     Upon information and belief, from the outset, Defendants have engaged in acts of

16
unfair competition and false representation and designation, with knowledge of the exclusive rights

17
of GIG in and to the GF Certification Marks, and Defendants continue in such acts of unfair

18
competition and intentional false representation and designation, thus entitling GIG to an award of its

19

actual damages, disgorgement of Defendants' profits, and attorneys' fees and costs in bringing and

20
maintaining this action, pursuant to Section 35(a) of the Lanham Act, 15 U.S.C. § 1117(a).

21

22
**FOURTH CLAIM FOR RELIEF**
(Common Law Trademark Infringement)

23

24
63.     Plaintiff incorporates the allegations in the preceding paragraphs as if fully set forth

25
herein.

26

COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF
Page 14
41O2049-GIG COMPLAINT 2 - Proper USDC Wetern Dist. format

**Jeffers, Danielson, Sonn & Aylward, P.S.**
Attorneys at Law
2600 Chester Kimm Road / P.O. Box 1688
Wenatchee, WA  98807-1688
(509) 662-3685 / (509) 662-2452 FAX

64.     Plaintiff has been using its GF Certification Marks in the United States since at least 2005 and has generated strong common law trademark rights in the marks.

65.     Defendants' GF Counterfeit Mark is identical to, or substantially indistinguishable from Plaintiff's marks in appearance, sound, meaning, and commercial impression, such that the use thereof is likely to cause confusion, mistake, and deception as to the authorization and/or certification of Defendants' goods and services, and that the public is likely to be confused, deceived, and to assume erroneously that Defendants' goods and services have been certified as gluten-free, or that Defendants are in some way connected with, licensed, authorized, certified by, or affiliated with GIG and will irreparably injure and damage GIG and the goodwill and reputation symbolized by the GF Certification Marks.

66.     Likelihood of confusion is also enhanced by the fact that the GF Counterfeit Mark, and the GF Certification Marks prominently incorporate the key component "GF" within a circle.

67.     Defendants are not an affiliate of, or connected with, GIG, and have not been endorsed or sponsored by GIG, nor has GIG approved any of Defendants' goods or services offered or sold (or intended to be sold) by Defendants under the GF Counterfeit Mark.

68.     Defendants have never sought nor obtained the permission of GIG to use the GF Counterfeit Mark, nor has GIG certified any of Defendants' goods or services offered under Defendants' GF Counterfeit Mark.

69.     Defendants' use of the GF Counterfeit Mark in connection with Defendants' goods and services is likely to cause confusion, mistake, or deception to consumers as to the authorization or certification of the goods, in violation of Plaintiff's common law trademark rights.

**Jeffers, Danielson, Sonn & Aylward, P.S.**
Attorneys at Law
2600 Chester Kimm Road / P.O. Box 1688
Wenatchee, WA  98807-1688
(509) 662-3685 / (509) 662-2452 FAX

70.     Consumers are likely to purchase Defendants' goods and services being offered under the GF Counterfeit Mark believing them to have been certified gluten-free by GIG, thereby resulting in a loss of goodwill and economic harm to GIG, particularly if consumers encounter adverse effects from the purchase or use of Defendants' uncertified goods and services.

71.     Upon information and belief, Defendants intentionally adopted and use the GF Counterfeit mark so as to create consumer confusion and traffic of GIG's reputation and goodwill under the GF Certification Marks.

72.     GIG is informed and believes, and on that basis alleges, that Defendants have derived unlawful gains and profits from their infringing use of the GF Counterfeit Mark.

73.     The goodwill of GIG's business under the GF Certification mark is of great value and GIG will suffer irreparable harm should Defendants' infringement be allowed to continue to the detriment of the trade reputation and goodwill of GIG for which damage GIG cannot be adequately compensated at law.

74.     GIG has no control over the quality of the goods offered by Defendants.  Thus, the great value of the GF Certification Marks is subject to damage by an entity it cannot control.

75.     Unless Defendants are enjoined by this Court from so doing, GIG will continue to suffer irreparable harm and injury to its reputation and goodwill.

76.     Upon information and belief, Defendants have engaged in acts of common law trademark infringement, with knowledge of GIG's exclusive rights in and to the GF Certification Marks in connection with GIG's certification services.  Defendants' continued acts of intentional infringement, entitle GIG to an award of damages, disgorgement of Defendants' profits, and

COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF
Page 16
41O2049-GIG COMPLAINT 2 - Proper USDC Wetern Dist. format

**Jeffers, Danielson, Sonn & Aylward, P.S.**
Attorneys at Law
2600 Chester Kimm Road / P.O. Box 1688
Wenatchee, WA  98807-1688
(509) 662-3685 / (509) 662-2452 FAX

attorneys' fees and costs in bringing and maintaining this action.

### FIFTH CLAIM FOR RELIEF
(Common Law Unfair Competition)

77.     Plaintiff incorporates the allegations in the preceding paragraphs as if fully set forth herein.

78.     By engaging in the conduct alleged above, Defendants have unlawfully and unfairly competed with Plaintiff as a matter of common law.

79.     Upon information and belief, Defendants' use of the Infringing GF Certification Mark is willful and with the intent of misappropriating and trading upon Plaintiff's goodwill and reputation. Plaintiff is entitled to punitive damages.

80.     As a direct and proximate result of such unfair competition, Plaintiff has suffered, and will continue to suffer, monetary loss and irreparable injury to its business, reputation, and goodwill.

### SIXTH CLAIM FOR RELIEF
(Unfair Business Practices  under RCW 19.86, *et seq*.)

81.     Plaintiff incorporates the allegations in the preceding paragraphs as if fully set forth herein.

82.     Defendants' use in commerce within the State of Washington of a false certification mark identical and/or confusingly similar to Plaintiff's certification mark in connection with Defendants' gluten-free related programs and foods, constitutes an unfair method of competing in business and unfair trade practices, as well as fraudulent representations, which is damaging to the public interest in violation of Washington Consumer Protection Act, RCW § 19.86.020.

83.     Defendants' use in commerce of Plaintiff's mark and/or a mark confusingly similar to

**Jeffers, Danielson, Sonn & Aylward, P.S.**
Attorneys at Law
2600 Chester Kimm Road / P.O. Box 1688
Wenatchee, WA  98807-1688
(509) 662-3685 / (509) 662-2452 FAX

Plaintiff's certification mark with the knowledge that Plaintiff owns and has used, and continues to use, its mark constitutes intentional conduct by Defendants to engage in unfair business practices.

84.     As a direct and proximate result of such unfair competition, Plaintiff has suffered, and will continue to suffer, monetary loss and irreparable injury to its business, reputation, and goodwill.

### ALLEGATIONS OF DAMAGE COMMON TO ALL CLAIMS FOR RELIEF

85.     Plaintiff incorporates the allegations in the preceding paragraphs as if fully set forth herein.

86.     GIG has suffered, is suffering, and will continue to suffer irreparable harm and damage as a result of Defendants' wrongful conduct.   Defendants will, unless restrained and enjoined, continue to act in the unlawful manner complained of herein, all to the irreparable damage of the business and reputation of GIG.   GIG's remedy at law is not adequate to compensate it for the injuries suffered and threatened.

### PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully prays that the Court grant the following relief:

A.     Enter a judgment in favor of GIG and against Defendants, jointly and severally, on all counts alleged herein;

B.     Designate this action an exceptional case entitling GIG to an award of its reasonable attorneys' fees incurred as a result of this action, pursuant to 15 U.S.C. §1117;

C.     Issue preliminary and permanent injunctive relief against Defendants, and each of them, and their respective officers, agents, representatives, servants, employees, attorneys, successors and assigns, and all others in active concert or participation with Defendants, enjoining and

COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF
Page 18
41O2049-GIG COMPLAINT 2 - Proper USDC Wetern Dist. format

**Jeffers, Danielson, Sonn & Aylward, P.S.**
Attorneys at Law
2600 Chester Kimm Road / P.O. Box 1688
Wenatchee, WA  98807-1688
(509) 662-3685 / (509) 662-2452 FAX

restraining them from:

     i.   Imitating, copying, or making any other infringing use of the GF Certification Marks by Defendants' GF Counterfeit Mark, and any other mark confusingly similar to the GF Certification Mark;

     ii.   Manufacturing, assembling, producing, distributing, offering for distribution, circulating, selling, offering for sale, advertising, importing, promoting, or displaying any simulation, reproduction, counterfeit, copy, or colorable imitation of the GF Certification Mark, Defendants' Counterfeit Mark, or any mark confusingly similar thereto;

     iii.   Using any false designation of origin or false description or statement that can or is likely to lead the trade or public or individuals erroneously to believe that any good has been provided, produced, distributed, offered for distribution, circulation, sold, offered for sale, imported, advertised, promoted, displayed, licensed, sponsored, approved, or authorized by or for GIG, when such is not true in fact;

     iv.   Using the names, logos, or other variation thereof of the GF Certification Marks, or Defendants' GF Counterfeit Mark in any of Defendants' trade or corporate names;

     v.   Engaging in any other activity constituting an infringement of the GF Certification Marks or of the rights of GIG in, or right to use or to exploit the GF Certification Marks; and

     vi.   Assisting, aiding, or abetting any other person or business entity in engaging in or

COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF
Page 19

**Jeffers, Danielson, Sonn & Aylward, P.S.**
Attorneys at Law
2600 Chester Kimm Road / P.O. Box 1688
Wenatchee, WA  98807-1688
(509) 662-3685 / (509) 662-2452 FAX

performing any of the activities referred to in the subparagraphs (i) through (v) above;

D.      Order Defendants, at their own expense, to recall all products and marketing, promotional, and advertising materials that bear or incorporate Defendants' GF Counterfeit Mark, or any mark confusingly similar to the GF Certification Mark, which have been manufactured, distributed, sold, or shipped by Defendants or on their behalf, and to reimburse all customers from which said materials are recalled.

E.      Order Defendants to immediately produce and turn over to GIG's counsel all products, labels, signs, prints, packages, molds, plates, dies, wrappers, receptacles, and advertisements in its possession or under its control, bearing the Defendants' GF Counterfeit Mark, and/or any simulation, reproduction, copy, or colorable imitation thereof, and all plates, molds, matrices, and any other means of making the same.

F.      Order Defendants to publish notice to all customers or members of the trade who may have seen or heard of Defendants' use of Defendants' GF Counterfeit Mark, which notice shall disclaim any connection with GIG and shall advise them of the Court's injunction order and of Defendant's discontinuance from all use of Defendants' GF Counterfeit Mark;

G.      Order Defendants to file with this Court and to serve upon GIG within thirty (30) days after service upon Defendants of any injunction in this action, a written report by Defendants, under oath, setting forth in detail the manner in which Defendants have complied with the injunction.

H.      Order Defendants to pay the costs of corrective advertising;

I.      Order Defendants to hold in trust, as constructive trustees for the benefit of GIG, its

COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF
Page 20
41O2049-GIG COMPLAINT 2 - Proper USDC Wetern Dist. format

**Jeffers, Danielson, Sonn & Aylward, P.S.**
Attorneys at Law
2600 Chester Kimm Road / P.O. Box 1688
Wenatchee, WA  98807-1688
(509) 662-3685 / (509) 662-2452 FAX

profits obtained from its provision of the Defendants' goods and services offered for sale under Defendants' GF Counterfeit Mark;

J.      Order Defendants to provide GIG a full and complete accounting of all amounts due and owing to GIG as a result of Defendants' illegal activities;

K.      Order Defendants to pay the general, special, actual and statutory damages of GIG as follows:

    i.      GIG's damages and Defendants' profits pursuant to 15 U.S.C. § 1117(a), trebled pursuant to 15 U.S.C. § 117(b) for Defendants' willful violation of the federally registered certification marks of GIG; and

    ii.     If GIG so elects, statutory damages of up to $2,000,000.00 per counterfeit mark, per type of product sold, offered for sale, or service distributed, or for services rendered pursuant to 15 U.S.C. § 1117(c);

L.      Order Defendants to pay GIG both the costs of this action and reasonable attorneys' fees incurred by GIG in prosecuting this action, pursuant to 15 U.S.C. § 1117(a);

M.      Award GIG its prejudgment interest; and

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF
Page 21
41O2049-GIG COMPLAINT 2 - Proper USDC Wetern Dist. format

**Jeffers, Danielson, Sonn & Aylward, P.S.**
Attorneys at Law
2600 Chester Kimm Road / P.O. Box 1688
Wenatchee, WA  98807-1688
(509) 662-3685 / (509) 662-2452 FAX

N.      Award such other and further relief as the Court deems just and proper.

DATED: this 26th day of September, 2017.

**JEFFERS, DANIELSON, SONN & AYLWARD, P.S.**

*/s/ Laraine M. I. Burrell*
_____

Laraine M. I. Burrell, WSBA # 48684
Sally F. White, WSBA # 49457
2600 Chester Kimm Road
Wenatchee, WA 98801
Telephone: (509) 662-3685
Fax: (509) 662-2452
Email:  laraineb@jdsalaw.com
Email:  sallyw@jdsalaw.com
Attorneys for Plaintiff

COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF
Page 22
41O2049-GIG COMPLAINT 2 - Proper USDC Wetern Dist. format